

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00843-CR

Shawn L. **SANDERS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5452
Honorable Philip A. Kazen, Jr., Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
           Karen Angelini, Justice
           Marialyn Barnard, Justice

Delivered and Filed:  January 14, 2015

DISMISSED FOR LACK OF JURISDICTION

Appellant was sentenced on January 28, 2013.  No timely motion for new trial having been filed, appellant's notice of appeal was due to be filed no later than February 27, 2013.  *See* TEX. R. APP. P. 26.2.  Appellant did not file a notice of appeal until October 23, 2014.

A timely notice of appeal is necessary to invoke this court's jurisdiction.  *See Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  A late notice of appeal may be considered timely so as to invoke this court's jurisdiction if: (1) it is filed within fifteen days of the last day allowed for filing; (2) a motion for extension of time is filed in the court of appeals within fifteen days of

the last day allowed for filing the notice of appeal; and (3) the court of appeals grants the motion for extension of time. *See id.* Appellant's notice of appeal was not filed within fifteen days of the last day allowed for filing, and no motion for extension of time was filed.

On December 9, 2014, appellant was ordered to show cause in writing by December 29, 2014, why this appeal should not be dismissed for lack of jurisdiction. *See id.*; *see also Ater v. Eighth Court of Appeals*, 802 S.W.2d 241 (Tex. Crim. App. 1991) (out-of-time appeal from final felony conviction may be sought by filing a writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal Procedure). Appellant did not respond to this court's order. Because appellant's notice of appeal was not timely filed, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH